Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida
_____ Division

FILED BY_____D.C.
JUN 17 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

Marquise Vilsaint
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Bluegreen Vacations
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

) Case No. _____
) (to be filled in by the Clerk's Office)
)
) Jury Trial: (check one)  ☐ Yes  ☐ No
)

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Marquise Vilsaint
Street Address: 6630 NW 21st Street
City and County: Margate / Broward
State and Zip Code: Florida / 33063
Telephone Number: (305) 785-2453
E-mail Address: mvilsaint08@gmail.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1
    Name: Bluegreen Vacations
    Job or Title (if known):
    Street Address: 4960 Conference Way North
    City and County: Boca Raton / Palm Beach
    State and Zip Code: Florida / 33431
    Telephone Number: (561) 912-8000
    E-mail Address (if known):

Defendant No. 2
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 3
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Bluegreen Vaccations |
| Street Address | 4960 Conference Way North |
| City and County | Boca Raton / Palm Beach |
| State and Zip Code | Florida / 33063 |
| Telephone Number | (561) 912-8000 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [ ] Termination of my employment.
- [x] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [ ] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [ ] Other acts *(specify)*: _____

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) **May 01-05, 2016; 11/28/17**

C. I believe that defendant(s) *(check one)*:
- [ ] is/are still committing these acts against me.
- [x] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- [x] race  **African-American Female**
- [ ] color  _____
- [ ] gender/sex  _____
- [ ] religion  _____
- [ ] national origin  _____
- [ ] age *(year of birth)* _____ (only when asserting a claim of age discrimination.)
- [ ] disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

Page 4 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

_Please see attached file_

(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

_December 2017_

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)* _April 30, 2019_

(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

I, Marquise Vilsaint, is claiming $74,303.45 in damages. This equates to one-year salary (including any taxes withheld). Due to the inability for moving forward with the company, retaliation, and discrimination there was loss of income & non-economic damages that was endured.

### VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/9/19

Signature of Plaintiff: Marquise Vilsaint

Printed Name of Plaintiff: Marquise Vilsaint

**B.    For Attorneys**

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

To: Susan Davis, Anna Roberts, Kathy Foster

From: Marquise Vilsaint

RE: Response to Performance Discussion – Owner Cancellation Backlog

CC: Yolanda Armalin

This documentation serves as a response to the recently written up "Performance Report" written by my current manager Susan Davis. In addition, this is also serves as a formal complaint, to my inimical working environment here at Bluegreen Vacations under the leadership of Kathy Foster, SVP of Operational Services and Anna Roberts, Senior Director of Program Development. The overall experience as an employee, under this leadership, has led me to resign from my position here at Bluegreen Vacations as Sr. Specialist, Development Services without prospective employment because of the subtle discrimination, mismanagement, and retaliation. This has led me to experience a physical and emotional reaction from the stress and hopelessness from my experience in this position. The below details specific occurrences:

- On May 1 - 5, 2016 in Hollywood, FL there was an industry conference called ARDA World Convention and Exposition in which thousands of attendees from the industry would attend this conference to meet, learn, and be exposed to the vacation ownership industry. I was made aware of this conference by former Chief Customer Officer, Wendy Poe, who assumed I'd be attending. However, days leading up to the conference my manager never mentioned it. The week of the conference I arrived at work and I noticed that all the employees and peers in my department who would typically benefit from this conference were in attendance. Unfortunately, myself and at the time Manager of Sales Inventory, Jonelle John, the only two African-American women weren't extended an invite. Upon my department's return, I expressed my concern to Anna Roberts about this deliberate exclusion. I was told by Anna Roberts that there weren't enough tickets and the decision was ultimately made by Kathy Foster. Expressing this concern also led to what would be considered "damage control" because Jonelle John was called into her manager's office stating the same explanation of why she wasn't extended an invited.

    *To purposely exclude the only African American women in the department at the time due to the excuse of the "amount of tickets" would arguably lead anyone to question that reason. Most surprisingly, my manager Anna Roberts at the time had two direct reports and from what I understand she didn't even question why one of the two could attend. There was no advocacy. This experience to me was off-putting, questionable, and led me to question if my characteristics didn't fit in with the population at the conference.*

- In December of 2016, I presented a self-appraisal showcasing my efforts and performance for the year. A couple of weeks later, now in 2017, Anna Roberts revealed to me that it was decided that I was not ready for a management position. She explained that she would work with me on the skills I needed for advancement. All the while, positions were opened and being filled by individuals who all had similar characteristics, different than my own. This conversation was also about my pay increase. The percentage of increase was minor in comparison to my efforts from the past year. Thus, I argued that my efforts warranted a higher rate. A few weeks later (around

1

end of February), Anna told me that they were giving my $5,000 bonus that they were "going to give me always not because I was unhappy about the pay increase".

*Naturally, I was excited about the bonus. I felt as if my efforts were beginning to be recognized. However, I don't feel that a bonus would have occurred if I wasn't vocal about my pay increase. Especially with Anna's ironic comment about giving me the pay raise because they wanted to, not because I felt I deserved more.*

- In the next few months, Anna called me in her office to tell me about an open Program Manager position and if I was interested I should apply. However, I found it peculiar that she made statements such as, "I wanted to tell you about this position so you don't feel like we hired someone without telling you" and "we have a really strong candidate" several times. I applied and quickly was scheduled for an interview. My interview with Anna was typical (although reiterating there was a strong candidate), but my interview with Kathy was opposite. My interview was completely behind schedule as I patiently waited for her to finish her meeting, but the interview became more of a discussion of reasons why I may not be ready for management, in addition, to having a strong candidate. Therefore, it wasn't surprising to me when Anna told me a few weeks later that they've decided to hire an external candidate. I accepted the decision that was already made clear to me from the interview with Kathy. A few weeks later, Anna revealed to me that I would be reporting to Susan Davis. Once again, the new hired manager with common characteristics with the other mangers, different than my own I found alarming.

*At this point, I began to feel more so that my barrier to entry to a higher-level position was less dependent on my lack of skills and capability, but racially charged. More so, that there was a targeted recruitment and advancement strategy that excluded anyone without similar characteristics.*

- I hadn't had a direct "manager" for quite some time. Although on paper I reported directly to Anna, I was bounced around and had no real guidance or direction of who I should really seek leadership direction and guidance. When I was told I'd be reporting to Susan, I was a bit surprised because I just felt like this was another instance of being "bounced around". Anna told me that she didn't have the "time" to dedicate to me that I needed. This is true because no action plan or development have been conducted since our conversation about my growth earlier that year.

*At this point, I began to feel that the focus on an employee-development initiative for me wasn't a focal point despite being vocal of advancement and growth. I was enrolled in an Emerging Leaders program (which I initiated interest), however, there were no further conversations about growth and development. I felt this was an action just to "appease" my growing concern with my role at this company. I began to feel dismissed.*

2

- Moving forward, I decided to reach out to Human Resources (HR) to seek guidance and objectivity. However, I feared the mere communication with HR. I took extremes to ensure no meetings were placed on my calendar, visible by my leadership, and that I didn't speak specifics on the phone. I even took measures of taking the long route walking to HR department because I didn't want anyone to see me enter their department and speculate. This all because I feared the retaliation I may have encountered.

  I spoke to Yolanda Armalin, Director of Human Resources Operations and expressed my frustrations and concerns about my role at Bluegreen and my leadership. I explained that I felt I was being overlooked for opportunities because I "didn't look the part" and blatant mismanagement. I provided past appraisals and positive feedback emails to further explain my confusion to why I'm being overlooked. I also expressed very clearly my fear of retaliation after HR were to speak to my leadership. She explained to me that if I felt this way to report it.

  *Despite the employee rumors about HR "making it worse", I felt desperate for guidance and understanding. I was hopeful that perhaps my desire to be taken seriously and have a succession plan would be the result of meeting with HR.*

- After a few weeks, HR followed up with me after speaking with Kathy and Anna. Yolanda explained to me that they (her and Susan Saturday, Chief Human Resources Officer) approached Kathy and Anna with the angle that I was being mismanaged versus overlooked due to discrimination because there wasn't enough "evidence" or "reason" behind that claim. She explained to me that my leadership will be following up with me on an action plan and will be communicating with me about my future. I asked Yolanda if I should raise the discrimination issues that I feel is happening and she mentioned that I should express whatever my concerns I was comfortable expressing to my leadership.

  Anna Roberts took me to lunch and discussed my concerns and I expressed to her that I felt that I was being dismissed, mislead, and there was no succession plan for me. I did not express the racial issue because I felt that since HR didn't take that angle, I shouldn't either. She explained that she was working developing an action plan for my growth.

  *At this point, I didn't feel any sense of satisfaction. I'm working in an environment where coincidently all five mangers in Development Services are Caucasian females, the workplace rumor is that Kathy's team is the "blonde squad", and the jokes within our department is that there is a "blonde problem". In my position where I physically look significantly different from that description validated my feelings of exclusion.*

3

- Just a few weeks later from this lunch on 11/28/17, Anna Roberts called me into her office and handed me the attached Performance Report written by my current manager, Susan Davis. As outlined in the report, it states that my core competencies were inadequate and overall performance was poor. I did read this report objectively as possible and could obtain some takeaways, however, there was a majority of statements that I disagreed with and were exaggerated, I feel to paint me in a negative light. This "note to file" would be damaging to my reputation and career here at Bluegreen.

The overall frustration is that none of these issues were discussed with me prior to the drafting of this report. Being that one can only grow with communicated constructive criticism, I feel as though I was deprived of that option. Communication with my leadership, prior to Susan's arrival has been an issue that was addressed. Therefore, this written performance report came as a surprise to me since there were no preliminary conversations leading up to this report.

The report included an "update" of my improved performance. Although positive, the question that lies is "if there was no action plan or communication from my leadership of my poor performance, how could I have improved so rapidly?" In addition, this memo also falsely stated that these issues were discussed with me, when it was never addressed with me prior to reading the memo.

The very next day I discussed the report with Anna and Susan. It was stated to me that this report was a "note to file" and not a write-up. However, in my opinion, a 3.5-page document about my poor performance surpasses just a "note" and I completely interpreted it as punitive and retaliation for expressing my concerns to HR. During this meeting between Susan, Anna, and I, Susan did apologize for my feelings of being "blindsided" and moving forward we would have discussions about growth and improvement. In addition, I was told that this report could be revised after further discussion. Immediately after this conversation, I went to Yolanda in HR and told her about this situation and provided her a copy of the performance report. She stated she was sympathetic to my situation and this was a "step back" from what should have been a "step forward" situation. I told her my thoughts about resigning and she stated that she wanted me to give it real thought before making such a decision. She recommended looking at internal opportunities and even possibly trying to mend the now tarnished relationship with my leadership. The next day I received a text message from Susan stating "I don't feel great about how we left things yesterday and would like to catch up Monday if possible".

*At this point, with addition to everything that has transpired in the last 1.5 years, I felt as though my leadership knew that this was the action that would move me to resign. I completely felt that this was retaliation for going to HR a few months back. This left me with a feeling of anguish, hopelessness, mistrust, despair, and alienation all feelings of a hostile work environment.*

4

- After taking a few days to digest the performance report and actions from my leadership, on 12/4/17, I called my manager Susan Davis to resign. I told her my reasons were that this department in general didn't have my best interest at heart and that it's time for me to move on. For about 20 plus minutes she expressed to me my value and importance with staying with the team. She stated to give her 24-hours to think about an action plan for me. In addition, she wanted me to make a list of "demands" and she would try and attain these demands. On 12/5/17, Susan and I spoke again about my resignation. She did in fact have an action plan towards my future here at Bluegreen and improvement on communication from my leadership. I told her I need a few days to make my ultimate decision. Essentially on 12/7/17 I decided that no employer should put any one individual under this amount of stress and that I need to remove myself form that toxic environment. When I spoke to Susan the morning of 12/7/17 she again tried to "plead her case" to why I should reconsider my resignation. Although I appreciated the comments, I couldn't move past the events from that last few weeks. Before the conversation ended I asked her, "Were you asked to write this report?" and her response was "yes" and that she should have went with her gut that it was wrong and that wasn't her management style but she was just getting familiar with how things are done in corporate environment. She expressed that she wished she had dealt things the way she felt was the right way.

*At this point, I was under a great amount of stress mentally and physically. No one should make any person feel that they aren't worthy enough of their time. No one should feel excluded. No one should feel diminished because they don't have the same race, characteristics, religion, etc. A leader should promote empowerment, development, and leading the department to achieve their goals. I felt that my leaders Kathy Foster and Anna Roberts did that, but for a select few. What I have been through, I wouldn't want anyone to experience; whether it was discrimination of race, gender, age, etc. Subtle discrimination and targeted recruitment is as hurtful, if not more, than overt forms of discrimination.*

- As I began to tell my colleagues about my departure, below are some of the comments mentioned to me. I will not provide any names, in order to protect my colleagues, from retaliation. However I would like to note that the below comments came from a range of races (including white individuals) and genders. I'd also like to note that I have not expressed to not ONE employee my experience. Below are some of the comments:

    - "Are you really going to leave me the only [touches arm] black person here?"
    - "And another black female leaves...it's a shame"
    - "I get it, you weren't going anywhere at least in this department not unless you dye your hair and skin"
    - "You should really take legal action, everyone who leaves is like you"

Some of these comments were said in a joking manner, but I wanted to mention it to show that the exclusion exists.

5

- After this is reviewed, if HR does decide to look into this further I challenge to further examine:
  - The trend of the characteristics/type of individuals that have left Kathy Foster's leadership in the last 3-4 years.
  - The past and current African American employee's experience, gripes, and confidence of advancement.
  - The background, education, length of time compared to their level of employment that certain individuals have been under Kathy's leadership.
  - The abrupt promotions and salary increases that occurs if this document sparks a conversation with HR with Kathy and Anna.
  - The overall unpleasant behavior by Kathy Foster to her associates.
  - The company as whole. Review the diversity (with the level in which they are hired & the growth they achieve), their positions, longevity in the company and the opportunities presented to them.

If HR does take this step, I genuinely plead that this is done with the upmost discretion. Employees shouldn't fear losing employment and a topic as such would spark that fear. It's been rumored if you speak to HR, you'll be fired or in my case "forced out" due to unwarranted retaliation.

In summary, I came into this company with a drive to learn, grow, and build a career. I am open and coachable to be the best associate I can be to assist in getting this company to their goals. I imagined myself being an employee of Bluegreen Vacations for a long time. My grievance is that this department has been built by a leader to empower and advance only a select few. I reported to manager who indirectly agreed with this method by not providing the time nor guidance I needed. I suffered retaliation that would ruin my reputation and any sort of advancement at this company.

As mentioned earlier, this document serves as a response to the performance letter, as well as, a complaint what I believe was discrimination, mismanagement, and retaliation. Because of this it has created an unwelcoming work environment. I have lost trust in my leadership team, feel as I've been singled-out, and their actions validate that I'm not worth their time. Because they do not have my best interest at heart I am leaving this company without prospective employment. This unequal treatment has lead me to consider taking legal action.

Marquise Vilsaint

*Marquise Vilsaint* (signature)

Date: 12/15/17

**To:**  Marquise Vilsaint

**From:**  Susan Davis

**Date:**  November 14, 2017

**RE:**  Performance Discussion – Owner Cancellation Backlog

**CC:**  Anna Roberts, Yolanda Armalin

### Background:

As the manager of the secondary market team who project manages the owner cancellation process, I began receiving emails during the last week of September 2017 from the supervisor of the Customer Care Management (CCM) team in Indianapolis requesting help in tracking down information about multiple owner cancellation cases that had yet to be resolved, resulting in angry owners and renewed BBB complaints. Upon investigating these cases, I realized there was a serious backlog of cases that were being held in Development Services, specifically in Marquise's cue. As of September 27, there were 30 cases waiting to be reviewed by Marquise as was her role in the process. Some of these cases were more than 30 days old. The turnaround time should be less than 48 hours. While Marquise had raised the red flag that there were a lot of cases, she failed to communicate the magnitude of the problem, realize the impact to other departments, and identify the reason why the backlog had built to such a significant level.

In response to this crisis, it was 'all hands on deck' with several Development Services team members to track down checks, ensure wire transfers were complete, communicate with CCM directly, and process documents. Throughout this process, Marquise took a very passive role in jumping in to help out. Per mine, Kathy's, and Mike's requests, Marquise began producing reports in Salesforce (tracking software) to allow visibility into the volume of cases, their aging, and the dollar amounts involved so the other team members could quickly prioritize and distribute the work.

During the recovery period, we updated the process to require that Marquise review all cases within 24 hours of appearing in her cue and eliminate batch processing (waiting to work cases until a certain amount had built up). Ultimately, this was the root cause of the backlog. As a result of the Development Services team clearing the backlog at the front end of the process, there is now a backlog in downstream processes that involve several other departments which will not be cleared until all cases flow through the process. This reality has prompted many conversations with other departments, as well as owners, to lower their expectations for how quickly cases can make their way through the owner cancellations process. As a result of this situation, we've instituted process updates (e.g. reviewing cases within 24 hours, eliminating the batch process) and reporting and have reduced the department backlog to 3.

### Performance Review/Competencies

On September 28, Marquise initiated a conversation with me to talk about what she could do to help the situation. During the conversation, it became obvious that Marquise did not understand the magnitude of the issue we were facing, the impact of the backlog on owners and other people involved

1

in the process, and, most significantly, her role in creating the problem. This was surprising as Marquise was instrumental in developing and documenting the process over the past year. Our conversation centered around the following competencies and identifying where Marquise's performance could improve:

### *Communication*

While it is true that Marquise had advised me there were a lot of cases coming through & she needed help working the cases, she failed to put numbers to the issue and demonstrate the magnitude of the problem. Had she done this, it would have been much easier to diagnose the problem (batch processing) and create a solution (working cases daily). As the sole license holder for Salesforce within our department, Marquise had ready access to the owner cancellation cases and data.

As the project management team for the end-to-end owner cancellation process, we should know how many cases there are in the pipeline and where they are in the process. When these issues arose, Marquise didn't know how many cases were in the pipeline nor their status to communicate to owners via CCM or to other departments processing the cases (i.e., Legal, Mortgage, CSA) to help them anticipate increases in their workloads. She was providing information to CCM on an ad hoc basis only when CCM reached out for an update. Essentially, the owner cancellations process was functioning blindly because Marquise wasn't gathering, monitoring, and communicating data on the volume of cases.

In the future, Marquise needs to take more ownership for the process and proactively communicate issues to me and the other stakeholders so we can take steps to avoid delays in processing and dispositioning these cases. As an aspiring manager, she needs to be accountable for knowing what is happening within her department and communicating to everyone involved so issues can be resolved in a timely manner.

### *Customer Service*

By her own admission, Marquise did not recognize the impact her actions had on the other team members, other departments working owner cancellations, nor the owners. Due to the nature of the owner cancellations process, our team has many customers we are serving --- from the owners and CCM on the front end all the way to CSA and Inventory Management on the backend. Marquise failed to recognize the impact of her actions on these groups and the problems that arose due to how she was approaching her work.

Due to delays in how Marquise was processing their cancellations, some owners filed complaints with the BBB out of frustration with Bluegreen and our perceived lack of concern/expediency in following through on our agreement to let them out of their ownership. The delays cost these owners time and additional stress. Many of these owners were getting out of their contracts because they were facing financial hardship and couldn't afford to make payments until the cancellation was finalized. The delays in the process which were created by how Marquise was working (or not working) the cases had a big impact on these owners. In one instance, there was an owner who had to wait 64 days to receive his paperwork --- a process which should take as little as 2-5 days. Many cases sat in Marquise's queue for 7-14 days creating stress for the owners and backlogs throughout the owner cancellations process.

2

When Marquise and I discussed the backlog issue, she admitted she hadn't thought about the impact on people both up- and downstream in the process. She didn't understand that how she chose to prioritize her work had caused these problems for the owners, CCM, and the other departments working to disposition these cases, much less the bigger impact for Bluegreen in dealing with very public BBB and social media complaints. Our conversation appeared to be the first time she had viewed her job within that context even though she was instrumental in developing and documenting the owner cancellation process.

As an aspiring manager, Marquise needs to understand how her responsibilities fit within the bigger picture of the company and consider the objectives of all her customers.

### Dependability (Collaboration/Trust)

As the Salesforce license holder for the team, Marquise had access to data surrounding the owner cancellation cases. By failing to inform anyone of the status of the cases and take proactive steps to address the problems in the process, Marquise undermined her credibility with the team. Even after we reached a crisis point, Marquise took a passive role while other team members scrambled to clean up the issues. While other team members were reprioritizing work to find checks, address owner issues, and provide updates to CCM, Marquise didn't appear to be interested or engaged in the efforts to work the problems, create solutions, and resolve specific owner complaints. At one point during the crisis, I stopped by Marquise's desk to request information and found that Marquise wasn't working on the owner cancellation work we needed her to do so we could get out of the crisis. This led me to question her ability to function as a team member rather than just as an individual contributor.

Marquise's failure to alert the team to the crisis we were facing and lack of active participation in the clean-up efforts caused me to rely on other team members for updates and solutions. I didn't feel Marquise was engaged or concerned about the problems that had been created by her actions and this undermined her value to the team and my trust in her to prioritize her work and get her job done with efficiency and dedication. As a team member, and especially as an emerging manager/leader, Marquise needs to learn to reprioritize to meet the challenges the team is facing. She must learn to demonstrate her willingness to roll up her sleeves and get the job done with the rest of the team to earn back her credibility and trust within the team.

### Initiative

Marquise had taken a very passive approach to managing the owner cancellations process which contributed to the backlog crisis. She did not take the time to understand the system capabilities of Salesforce as a tracking and reporting tool despite working on creating a reporting dashboard. It is imperative that Marquise develop a broader, holistic understanding of processes and systems and learn how to better collaborate with other departments and team members in order to progress to the manager level. She will need to take initiative and ownership for her areas of responsibility and really focus on developing relationships, asking questions, and collaborating to solve problems.

As an example, when the backlog crisis began, another team member took the initiative to go into Salesforce and update every single case so we could have better visibility into its status. He also set up a daily meeting with other team members so we could avoid backlogs at other steps in the process.

3

Marquise could learn from his response to see how taking proactive steps to address the crisis and prevent further crises will inspire confidence in her abilities to manage and lead a team.

*UPDATE:*

*In the intervening weeks since these incidents and the presentation of this document to Marquise, she has shown marked improvement in the areas listed above. She has been more proactive in monitoring and reporting on the volume of cases in the pipeline which has helped everyone on the team manage and prioritize their workloads. She has been instrumental in training the temp who has joined the team & providing him with insight and guidance, where needed. She also effectively leveraged both his and the other temp's skills to work through a backlog in charity cases while also keeping the owner cancellation process. Marquise has taken the initiative to enhance and improve our reporting mechanisms by scheduling & leading meetings, creating reporting templates, and identifying & raising issues related to reporting details. These recent actions leave me hopeful and encouraged that Marquise has learned from her experience with the owner cancellations backlog and can develop into the manager should would like to be.*

4

EEOC Form 161 (11/16)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: **Marquise Vilsaint**
**6630 NW 21st Street**
**Margate, FL 33063**

From: **Miami District Office**
**Miami Tower, 100 S E 2nd Street**
**Suite 1500**
**Miami, FL 33131**

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 510-2018-02656 | **ROEL J. RITFELD,** Federal Investigator | (305) 808-1812 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*(signature)*

Michael J. Farrell,
District Director

APR **3 0** 2019
*(Date Mailed)*

Enclosures(s)

cc: **Respondent Representative**
**BLUE GREEN VACATIONS**
**c/o Ms. Laura Farinas Esq.**
**Weissler Alhadeff & Sitterson, P.A.**
**150 West Flagler Street, Suite 2200**
**Miami, Florida 33130**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 510-2018-02656 |

**Florida Commission On Human Relations** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Marquise Vilsaint | (305) 785-2453 | 1986 |

Street Address: 6630 NW 21st Street, Margate, FL 33063
City, State and ZIP Code

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| BLUEGREEN VACATIONS | 15 - 100 | (561) 912-8000 |

Street Address: 4960 Conference Way North, Suite 100, Boca Raton, FL 33431

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☒ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 12-31-2016   Latest: 12-31-2017
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am an African American Female of Haitian National Origin. I have been employed by the Respondent initially as Documentation Specialist and later as Senior Specialist.

During my tenure, I have never been subjected to disciplinary actions for violations of Respondent's rule and regulations or poor performance. When I noticed that I was being excluded from participating in career building events and meetings based on my race/national origin (African-American/Haitian) I contacted HR and expressed my disagreement with this disparate treatment. Subsequent to my complaint of disparate treatment, my supervisor (Caucasian) began a campaign of hyper scrutinizing my work in order find a pretext for my eventual termination. My workplace became a hostile work environment causing my constructive discharge.

I believe I have been discriminated against and retaliated in violation of Title VII of the Civil Rights Act of 1964, as Amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 3/25/2018
Charging Party Signature: Marquise Vilsaint

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

Marq
6630 NW 21st Street
Margate, FL 33063

CERTIFIED MAIL

7018 2290 0000 5782 8766



U.S. POSTAGE PAID
PCM LG ENV
OAKLAND PARK, FL
33310
JUN 14, 19
AMOUNT
**$5.10**
R2305M146591-22

U.S. Marshal Service
Contents X-RAYED
Post 2

United States Federal Bldg & Courthouse
299 E Broward Boulevard
Room #108
Fort Lauderdale, FL 33301